UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. HENNING,<br><br>    Plaintiff,<br><br>    v.<br><br>CFEP PRUNEYARD LLC, et al.,<br><br>    Defendants. | Case No. 15-cv-04596-PSG<br><br>**ORDER RE CONSENT/DECLINATION** |

Magistrate Judge Paul Grewal will be resigning from the court on June 3, 2016. In this case, all parties have consented to the jurisdiction of Magistrate Judge Grewal. The court requests parties to consider consenting to the jurisdiction of another specific or randomly selected magistrate judge in the Northern District without regard to venue provisions in accordance with the provisions of Title 28, U.S.C. Section 636(c). Within seven days of the date of this order, each party must either file written consent to the jurisdiction of a magistrate judge, or request reassignment to a district judge.

**IT IS SO ORDERED.**

Dated: May 18, 2016

_____
PHYLLIS J. HAMILTON
Chief United States District Judge