**LAW OFFICE OF IRENE KARBELASHVILI**
Irene Karbelashvili, State Bar Number 232223
Irakli Karbelashvili, State Bar Number 302971
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for RICHARD C. HENNING, Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. HENNING<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CFEP PRUNEYARD LLC, a Delaware Limited Liability Company; LE BOULANGER, INC., a California corporation, d/b/a BOULANGER; and DOES 1-10 inclusive,<br><br>　　　　Defendants. | Case No. 4:15-cv-04596-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE AGAINST DEFENDANT CFEP PRUNEYARD LLC; AND RESERVATION OF RIGHTS AGAINST CO-DEFENDANT LE BOULANGER, INC.** |

## STIPULATION

Plaintiff RICHARD C. HENNING ("Plaintiff") and Defendant CFEP PRUNEYARD, LLC, a Delaware limited liability company ("Defendant"), by and through their respective attorneys of record, stipulate as follows:

1. Plaintiff's complaint in the above entitled action shall be dismissed with prejudice against Defendant.
2. The Court will retain jurisdiction to enforce the terms of the parties' CONSENT DECREE (Dkt. 38).
3. The parties shall bear their own attorney fees and costs in this action.
4. Plaintiff and Defendant LE BOULANGER, INC. have reached a preliminary

settlement but have not yet signed a settlement agreement. Plaintiff reserves his rights against Co-Defendant LE BOULANGER, INC.

Dated: September 30, 2016                    */s/  Irakli Karbelashvili*
                                                                  Irakli Karbelashvili, Attorney for Plaintiff
                                                                  Richard C. Henning

Dated: September 30, 2016                    */s/  Edward Garcia*
                                                                  Edward Garcia, Attorney for Defendant
                                                                  CFEP Pruneyard, LLC

## **FILER'S ATTESTATION**

I hereby attest that I, Irakli Karbelashvili, received the concurrence of Defendant's counsel in filing of this document.

*/s/  Irakli Karbelashvili*
Irakli Karbelashvili

**[PROPOSED] ORDER**

Having reviewed the above stipulation for dismissal by Plaintiff RICHARD C. HENNING on the one hand and Defendant CFEP PRUNYEARD, LLC, on the other hand, IT IS HEREBY ORDERED that:

1. This action shall be dismissed with prejudice against Defendant CFEP PRUNEYARD, LLC only.
2. The Court will retain jurisdiction to enforce the terms of the parties' CONSENT DECREE (Dkt. 38).
3. The parties shall bear their own attorney fees and costs in this action.
4. Plaintiff reserves his rights against Co-Defendant LE BOULANGER, INC.

Dated: 10/6/16

_Kandis Westmore_
United States Magistrate Judge