**LAW OFFICE OF IRENE KARBELASHVILI**
Irene Karbelashvili, State Bar Number 232223
Irakli Karbelashvili, State Bar Number 302971
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for RICHARD C. HENNING, Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. HENNING,<br><br>    Plaintiff,<br><br>vs.<br><br>CFEP PRUNEYARD LLC, a Delaware Limited Liability Company; LE BOULANGER, INC., a California corporation, d/b/a BOULANGER; and DOES 1-10 inclusive,<br><br>    Defendants. | Case No. 4:15-cv-04596-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

### STIPULATION

Plaintiff RICHARD C. HENNING ("Plaintiff") and Defendant LE BOULANGER, INC., ("Defendant"), by and through their respective attorneys of record, stipulate as follows:

1. This action shall be dismissed with prejudice.
2. The parties shall bear their own attorney fees and costs in this action.
3. The Court shall retain jurisdiction over the parties' SETTLEMENT AGREEMENT AND RELEASE signed by the parties and approved by their respective attorneys.

Respectfully submitted,

| | |
|---|---|
| Dated: November 29, 2016 | */s/ Irakli Karbelashvili*<br>Irakli Karbelashvili, Attorney for Plaintiff<br>Richard C. Henning |
| Dated: December 1, 2016 | */s/ Katherine Sandberg*<br>Katherine Sandberg, Attorney for Defendant<br>LE BOULANGER, INC. |

## **FILER'S ATTESTATION**

I hereby attest that I, Irakli Karbelashvili, received the concurrence of Defendant's counsel in filing of this document.

*/s/ Irakli Karbelashvili*
Irakli Karbelashvili

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: 12/6/16

*/s/ Kandis Westmore*
United States Magistrate Judge